**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAUL LUKA,<br><br>    Plaintiff,<br><br>  v.<br><br>THE PROCTER AND GAMBLE COMPANY,<br><br>    Defendant. | Civil Action No. 1:10-cv-02511<br><br>JURY TRIAL DEMANDED |

**DEFENDANT THE PROCTER AND GAMBLE COMPANY'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant The Procter and Gamble Company respectfully moves this court to dismiss this action for the reasons stated in its supporting memorandum.

Dated: September 22, 2010

Respectfully Submitted,

/s/ Jason C. White
Jason C. White
Scott Sherwin
HOWREY LLP
321 N. Clark Street, Suite 3400
Chicago, IL 60654
Tel: 312.595.1239
Fax: 312.595.2250
Email: whitej@howrey.com
Email: sherwins@howrey.com

*Attorneys for Defendant The Procter and Gamble Company*

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2010 all counsel of record were served with a copy of this document via the Court's CM/ECF system.

/s/ Jason C. White