# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PAUL LUKA,<br><br>      Plaintiff,<br><br>v.<br><br>THE PROCTER AND GAMBLE COMPANY, INNOVATIVE BRANDS, LLC, IDELLE LABS, LTD., and HELEN OF TROY, LTD.,<br><br>      Defendants. | Civil Action No. 1:10-cv-02511<br>Judge Kennelly<br>Magistrate Judge Cole<br><br>JURY TRIAL DEMANDED |

## DEFENDANT PROCTER AND GAMBLE COMPANY'S
## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Procter and Gamble Company respectfully moves this court to dismiss this action for three reasons:

    1.    The Procter and Gamble Company sold the Sure Max brand to a third party before the patents expired therefore, P&G cannot be liable for false marking;

    2.    The Amended Complaint fails to provide sufficient facts to satisfy the pleading requirements of Rule 8 and Rule 9; and

    3.    The false marking statute, 35 U.S.C. § 292, violates the "Take Care" clause of Article II of the U.S. Constitution.

Each of these reasons requires dismissal of this case, as explained in P&G's supporting memorandum.

Dated:  November 5, 2010  Respectfully Submitted,

/s/ Jason C. White
Jason C. White
Thomas Williams
Scott Sherwin
HOWREY LLP
321 N. Clark Street, Suite 3400
Chicago, IL 60654
Tel:  312.595.1239
Fax:  312.595.2250
Email:  whitej@howrey.com
Email:  williamst@howrey.com
Email:  sherwins@howrey.com

*Attorneys for Defendant The Procter and Gamble Company*

**CERTIFICATE OF SERVICE**

      I certify that on November 5, 2010 all counsel of record were served with a copy of this document via the Court's CM/ECF system.

                                                  /s/ Jason C. White